BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8985
    Facsimile:  (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SANDRA LEE JOHNSON, | Case No. 1:14-cv-01447-SAB |
| Plaintiff, | |
| v. | ORDER RE STIPULATION FOR EXTENSION OF TIME |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including June 19, 2015.  The response is currently due May 20, 2015.  This extension is being sought because of workload issues, including the unavoidable transfer of assignments and a high volume of other disability matters in federal district court.

    The parties also stipulate that the scheduling order shall be modified accordingly.

1

                                  Respectfully submitted,

Dated: May 19, 2015                      */s/ Janna K. Lowenstein* \*
                                       JANNA K. LOWENSTEIN
                                       (\**As authorized by email*)
                                       Attorney for Plaintiff

Dated: May 19, 2015                      BENJAMIN B. WAGNER
                                       United States Attorney
                                       DONNA L. CALVERT
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                         By:    */s/ Michael K. Marriott*
                                       MICHAEL K. MARRIOTT
                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition to Plaintiff's opening brief shall be filed on or before June 19, 2015; and

2. Plaintiff's reply, if any, shall be filed on or before July 6, 2015.

IT IS SO ORDERED.

Dated:   **May 19, 2015**                                      _____
                                                              UNITED STATES MAGISTRATE JUDGE