UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LEE JOHNSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER )<br>OF SOCIAL SECURITY )<br>)<br>Defendant )<br>_____ ) | CASE NO. 14-cv-01447-SAB<br><br>ORDER AWARDING ATTORNEY<br>FEES PURSUANT TO EAJA,<br>28 U.S.C. § 2412(d) |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $3,900.00 (three thousand nine hundred dollars), subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  **August 14, 2015**           _____
                                       UNITED STATES MAGISTRATE JUDGE